Name: Jerry Ernest Lopez south salt lake, ut, 84119
Address: 3380 s 1000 w
Telephone: 801-359-4142
Email. JLopeezy776@gmail.Com

RECEIVED US Dist Court-UT
JAN 21 '22 AM09:13

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### Northern DIVISION

Jerry Ernest Lopez

(Full Name)

PLAINTIFF

vs.

Davis County

_____

_____

_____

DEFENDANTS

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

Case: 1:22-cv-00012
Assigned To : Pead, Dustin B.
Assign. Date : 1/21/2022
Description: Lopez v Davis County

### A. JURISDICTION

1.  Jurisdiction is proper in this court according to:

    a.  ✓ 42 U.S.C. §1983
    b.  ___ 42 U.S.C. §1985
    c.  ___ Other (Please Specify) _____

2.  NAME OF PLAINTIFF Jerry Ernest Lopez
    IS A CITIZEN OF THE STATE OF Utah

    PRESENT MAILING ADDRESS:  3380 S 1000 W
    South Salt lake, ut, 84119

3.  NAME OF FIRST DEFENDANT _Davis County_
    IS A CITIZEN OF _Farmington, Ut_
    _____(City and State)_

    IS EMPLOYED AS _Davis County Jail_ at _800 w State st farmington_
    _(Position and Title if Any)_    _(Organization)_ _Utah, 84025_
    Was the defendant acting under the authority or color of state law at the time these
    claims occurred?

    YES _✓_ NO ___. If your answer is "YES" briefly explain.

    _facility in which I was_
    _incarcerated_
    _____
    _____

4.  NAME OF SECOND DEFENDANT_____
    (If applicable)

    IS A CITIZEN OF_____
    _____(City and State)_

    IS EMPLOYED AS_____ at _____.
    _(Position and Title if Any)_    _(Organization)_
    Was the defendant acting under the authority or color of state law at the time these
    claims occurred?

    YES ___ NO ___. If your answer is "YES" briefly explain.

    _____
    _____
    _____

5.  NAME OF THIRD DEFENDANT_____
    (If applicable)

    IS A CITIZEN OF_____
    _____(City and State)_
    IS EMPLOYED AS_____ at _____.
    _(Position and Title if Any)_    _(Organization)_

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

_____

_____

_____

6.    NAME OF FOURTH DEFENDANT_____
(If applicable)

IS A CITIZEN OF_____
(city and State)

IS EMPLOYED AS_____ at _____.
(Position and Title if Any)       (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

_____

_____

_____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1.    Why are you bringing this case to court?  Please explain the circumstances that led to the problem.

while being detained I experienced Jail officials participating in official misconduct and failure of duty, also insufficiant request / greviance process and Discrimination and harrassment on and off duty by one Deputy James peasnoll, and several unanswered voluntary statements to investigations

## C. CAUSE OF ACTION

1.     I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a.    (1)   Count I: Official misconduct failure of duty

       (2)   Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

During my incarceration I experienced deputies ignoring allegations of harrassment and participating in Conduct non-compling with code of Conduct

b.    (1)   Count II: Insufficiant Request/greviance process

       (2)   Supporting Facts: request/greviance process is insufficient due to no grievance or greviance appeal options availiable on all requests

c.    (1)   Count III: Discrimination and harrasment

(2) Supporting Facts: _I experienced unfair treatment due to my pro se statues on Case by one Deputy James peashull on and off duty by slandering my name and spreading rumors to public and inmate's_

## D. INJURY

1.  How have you been injured by the actions of the defendant(s)?

    _yes, I was held in confinement and denied several penal rights and constitutional rights were violated due to all 3 counts and insuficent law library_

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES **✓** / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a.  Parties to previous lawsuit:

    Plaintiff(s): _Jerry Ernest Lopez_

    Defendant(s): _Davis County_

    b.  Name of court and case or docket number: _1:21 cv 114_

c.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d.   Issues raised: _Still pending_____

_____

_____

e.   When did you file the lawsuit? _____

                                           Date     Month    Year

f.   When was it (will it be) decided? _Uknown_____

2.   Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES _✓_ / NO _____. If your answer is "YES" briefly describe how relief was sought and the results.   If your answer is "NO" explain why administrative relief was not sought.

_$748.00 a day for unlawful Detention and $10,000.00 a day for any days over Sentence plus pain and suffering / Still pending_

## F. REQUEST FOR RELIEF

1.   I believe that I am entitled to the following relief:

_Compensation for pain and suffering due to slander and harrassment caused public to lash out verbally and physically_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _South Salt lake city_ on _1-20_ 20_22_
(Location)                (Date)

_[signature]_
Signature